**FILED**

FEB - 1 2016

CLERK U.S. BANKRUPTCY, ORLANDO DIVISION

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **IN RE:** **Andrew Bruce Migell** | } | **CASE NUMBER: 6:15-bk-10569** |
| | } | |
| | } | |
| | } | **JUDGE Jennemann** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL) FOR THE PERIOD

**FROM** 22-Dec-15 **TO** 31-Dec-15

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: ________

____________________
Attorney for Debtor

Debtor's Address
and Phone Number:
11 Timucuan Drive
Ormond Beach, FL 32174
____________________

Tel. _____ 617-816-0258

Attorney's Address
and Phone Number:
____________________
____________________
____________________
Bar No. ____________
Tel. ____________

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| |
|---|
| **Andrew Bruce Migell** |
| **6:15-bk-10569** |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | 115.01 | 115.01 |
| **CASH- Beginning of Month (Business)** | 490.19 | 490.19 |
| | | |
| **Total Household Receipts** | 497.2 | 497.2 |
| **Total Business Receipts** | 1,625.00 | 1,625.00 |
| **Total Receipts** | 2,122.20 | 2,122.20 |
| | | |
| **Total Household Disbursements** | 497.2 | 497.2 |
| **Total Business Disbursements** | 479.98 | 479.98 |
| **Total Disbursements** | 977.18 | 977.18 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1,145.02 | 1,145.02 |
| | | |
| **CASH- End of Month (Individual)** | 600 | 600 |
| **CASH- End of Month (Business)** | 1,635.21 | 1,635.21 |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | 977.18 | 977.18 |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | 0 | 0 |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | 977.18 | 977.18 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This 30th day of JANUARY 2016

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 115.01 | 115.01 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 0 | 0 |
| Wages from Other Sources (attach list to this report) | 0 | 0 |
| Interest or Dividend Income | 0 | 0 |
| Alimony or Child Support | 0 | 0 |
| Social Security/Pension/Retirement | 0 | 0 |
| Sale of Household Assets (attach list to this report) | 0 | 0 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0 | 0 |
| Other (specify) (attach list to this report) Spouse's contribution | 497.2 | 497.2 |
| | | |
| **TOTAL RECEIPTS** | 497.2 | 497.2 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 0 | 0 |
| Charitable Contributions | 0 | 0 |
| Gifts | 0 | 0 |
| Household Expenses/Food/Clothing | 130 | 130 |
| Household Repairs & Maintenance | 0 | 0 |
| Insurance | 0 | 0 |
| IRA Contribution | 0 | 0 |
| Lease/Rent Payments | 0 | 0 |
| Medical/Dental Payments | 0 | 0 |
| Mortgage Payment(s) | 0 | 0 |
| Other Secured Payments | 0 | 0 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes Other (attach schedule) | 0 | 0 |
| Travel & Entertainment | 367.2 | 367.2 |
| Tuition/Education | 0 | 0 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 0 | 0 |
| Vehicle Expenses | 0 | 0 |
| Vehicle Secured Payment(s) | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Professional Fees (Legal, Accounting) | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 497.2 | 497.2 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 115.01 | 115.01 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 490.19 | 490.19 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 1,625.00 | 1,625.00 |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) transfers/check returns | 0 | 0 |
| | | |
| **Total Business Receipts** | 1,625.00 | 1,625.00 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | 0 | 0 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Sales | 0 | 0 |
| Taxes Other (attach schedule) | 0 | 0 |
| Contract Labor (Subcontractors) | 0 | 0 |
| Inventory Purchases | 0 | 0 |
| Secured/Lease Payments (Business) | 364.64 | 364.64 |
| Utilities (Business) | 0 | 0 |
| Insurance | 115.34 | 115.34 |
| Vehicle Expenses | | |
| Travel & Entertainment | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Supplies | 0 | 0 |
| Charitable Contributions/Gifts | 0 | 0 |
| Purchase of Fixed Assets | 0 | 0 |
| Advertising | 0 | 0 |
| Bank Charges | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
| Copies/ mailing | 0 | 0 |
| **Total Business Disbursements** | 479.98 | 479.98 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 1,635.21 | 1,635.21 |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

**CONFIRMATION OF INSURANCE**

| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| Automobile | Liberty Mutual | 2/27/15 - 2/27/16 | 363/yr. | |
| Automobile | Liberty Mutual | 9/26/15 - 9/26/16 | 241.75/qtr. | |
| Homeowners | Security First | 6/10/15 - 6/10/16 | 159.32/qtr. | |
| Dwelling fire | Peoples Trust | 1/27/15 - 1/27/16 | 127/qtr. | |
| Dwelling fire | Peoples Trust | 9/30/15 - 9/30/16 | 296/qtr. | |
| Dwelling fire | Universal Property | 8/14/15 - 8/14/16 | 246/qtr. | |
| Dwelling fire | Universal Property | 8/14/15 - 8/14/16 | 176/qtr. | |
| Dwelling fire | MAPFRE/Commerce | 8/4/15 - 8/4/16 | 103/mo. | |
| Dwelling fire | MAPFRE/Commerce | 8/4/15 - 8/4/16 | 64.33/mo. | |
| Homeowners | MAPFRE/Commerce | 10/21/15 -10/21/16 | 103/mo. | |
| Dwelling fire | MPIUA | 1/31/15- 1//31/16 | 82/mo. | |
| Dwelling fire | MPIUA | 1/22/16 - 1/22/17 | 485/qtr. | |
| Dwelling fire | Foremost | 1/22/16 - 1/22/17 | 555/qtr. | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: ____________________

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | Bank of America | Cash on Hand |
| Account Number: | xxx-xxx 5000 | xxx-xxx 5018 | xxx-xxx 0684 | None |
| Purpose of Account (Business/Personal) | Personal | Business | Personal | Personal |
| Type of Account (e.g. checking) | Checking | Checking | Savings | None |
| | | | | |
| 1. **Balance per Bank Statement** | 115.01 | 1,635.21 | 145.5 | 600 |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 115.01 | 1,635.21 | 145.5 | 600 |
| TOTAL OF ALL ACCOUNTS | | | | $2,495.72 |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | TD Bank |
| **Account Number** | xxx-xxx 5000 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL** **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| **Name of Bank** | TD Bank |
| **Account Number** | xxx-xxx 5018 |
| **Purpose of Account (Business)** | OPERATING |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Debit | 12/23/2015 | Bank of America | Mortgage | 364.64 |
| Debit | 12/28/2015 | MAPFRE/Commerce | Insurance | 115.34 |
| | | | TOTAL | 479.98 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Andrew Migell- Rent Roll**
**Section 4- Unexpired Leases and Contracts (Schedule G)**

| Nature and Description of Contract | Name and address of Other party or Parties | Date Contract Expires | Monthly Rent owed |
|---|---|---|---|
| Residential Lease | Malinda Olivera<br>5 Timucuan Dr.<br>Ormond Beach, FL 32174 | 2/30/2017 | $1,400.00/month |
| Residential Lease | Charlie Stout<br>2910 N. Halifax Av.<br>Daytona Beach, FL 32118 | Tenant at will | $960.00/month |
| Residential Lease | George Corbin, Gabriela Morales<br>234 Morningside Av, Daytona Beach, FL 32118 | Tenant at will | $860.00/month |
| Residential Lease | Harold and Brenda Poole<br>1153 Madison AV.<br>Daytona Beach, FL 32114 | 12/31/2016 | $790.00/month |
| | | | |
| | | | |
| | | | |

America's Most Convenient Bank®

7

STATEMENT OF ACCOUNT

ANDREW MIGELL
RENTAL
11 TIMUCUAN DR
ORMOND BEACH FL 32174

Page: 1 of 3
Statement Period: Dec 01 2015-Dec 31 2015
Cust Ref #: 4315365018-630-7-###
Primary Account #: [redacted]5018

## TD Convenience Checking

ANDREW MIGELL
RENTAL

Account # [redacted]5018

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,354.62 | Average Collected Balance | 1,170.06 |
| Deposits | 3,965.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 150.62 | | |
| Electronic Payments | 3,533.79 | | |
| Ending Balance | 1,635.21 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/7 | DEPOSIT | 700.00 |
| 12/7 | DEPOSIT | 250.00 |
| 12/9 | DEPOSIT | 990.00 |
| 12/14 | DEPOSIT | 400.00 |
| 12/21 | DEPOSIT | 225.00 |
| 12/30 | DEPOSIT | 1,400.00 |
| | Subtotal: | 3,965.00 |

**Checks Paid** No. Checks: 2 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/15 | 176 | 50.62 |
| 12/11 | 8850* | 100.00 |

Subtotal: 150.62

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/1 | ACH DEBIT, COMMERCE GROUP INS PREM NHPA-45580 | 49.22 |
| 12/11 | ACH DEBIT, LOAN SERVICING MTG PMT ****023046 | 967.96 |
| 12/14 | ELECTRONIC PMT-WEB, LIBERTY MUTUAL INSRNC PMT 6117966 | 282.75 |
| 12/15 | ELECTRONIC PMT-TEL, DITECH DITECH 3370715 | 1,122.58 |
| 12/15 | ELECTRONIC PMT-WEB, LIBERTY MUTUAL INSRNC PMT 0053258 | 125.00 |
| 12/15 | ELECTRONIC PMT-TEL, SPEEDPAY SPEEDPAY 3370715 | 12.00 |
| 12/16 | ELECTRONIC CK PMT-ARC, TRUGREEN 1111 CHECK PYMT 0177 | 52.61 |
| 12/17 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W5574 | 441.69 |
| 12/23 | ACH DEBIT, BANKOFAMERICA PAYBYPHONE | 364.64 |

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 1,635.21 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | − |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ANDREW MIGELL
RENTAL

Page: 3 of 3
Statement Period: Dec 01 2015-Dec 31 2015
Cust Ref #: 4315365018-630-7-###
Primary Account #: [redacted]5018

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | ELECTRONIC PMT-WEB, COMMERCE INSURAN PAYMENT CK BDLQHP2 | 115.34 |
| | Subtotal: | 3,533.79 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,354.62 | 12/16 | 931.88 |
| 12/1 | 1,305.40 | 12/17 | 490.19 |
| 12/7 | 2,255.40 | 12/21 | 715.19 |
| 12/9 | 3,245.40 | 12/23 | 350.55 |
| 12/11 | 2,177.44 | 12/28 | 235.21 |
| 12/14 | 2,294.69 | 12/30 | 1,635.21 |
| 12/15 | 984.49 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

America's Most Convenient Bank® 7 STATEMENT OF ACCOUNT

ANDREW BRUCE MIGELL
11 TIMUCUAN DR
ORMUND BEACH FL 32174

Page: 1 of 2
Statement Period: Dec 01 2015-Dec 31 2015
Cust Ref #: 4315365000-630-7-###
Primary Account #: [redacted]5000

## ACCOUNT STATEMENTS TO INCLUDE MORE BILL PAY TRANSACTION INFORMATION

WE'RE IMPROVING THE TRANSACTION DESCRIPTIONS OF PAPER CHECKS SENT FROM TD BILL PAY ON YOUR ACCOUNT STATEMENTS. THE PAYEE NAME IS NOW INCLUDED IN THE DESCRIPTION. IMAGES OF BILL PAY PAPER CHECKS ARE AVAILABLE IN YOUR ONLINE ACCOUNT HISTORY WITH THE OPTION TO PRINT. IF YOU HAVE ANY QUESTIONS, CALL US ANYTIME AT 1-888-751-9000. WE'RE GLAD TO HELP.

## TD Convenience Checking

ANDREW BRUCE MIGELL

Account #[redacted]5000

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 384.63 | Average Collected Balance | 159.89 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 80.00 | Days in Period | 31 |
| Electronic Payments | 189.62 | | |
| Ending Balance | 115.01 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/8 | 119 | 80.00 |

Subtotal: 80.00

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/3 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****210152 WEBI | 87.75 |
| 12/3 | ACH DEBIT, MEYER AND ASSOC LIFEINSPRM | 69.58 |
| 12/17 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W3658 | 32.29 |

Subtotal: 189.62

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 384.63 | 12/8 | 147.30 |
| 12/3 | 227.30 | 12/17 | 115.01 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 115.01 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

## Transaction History

ANDREW B MIGELL

SAFEBALANCE BANKING

**** **** 0684

Last Posting Date 01/20/2016

Date/Time Printed 1/21/2016 2:13 PM EST

**Since Last Statement Summary**

Last Statement Date 12/23/2015

| | | | |
|---|---|---|---|
| Balance Last Statement ($) | | $145.55 | |
| Deposits/Credits (+) | # 0 | $0.00 | Holds (-) |
| Withdrawals/Debits (-) | # 1 | $150.50 | Pending Credits (+) |
| Available Balance ($) | | $0.00 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description<br>Amount included in Available Balance | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | CASHED CHECK HOLD ON 01/21 | Debit | -$145.55 | $0.00 |
| 12/23/2015 | Monthly Maintenance Fee | Fee | -$4.95 | $145.55 |
| | Statement Period as of 11/21/2015 | | | |
| 11/20/2015 | Monthly Maintenance Fee | Fee | -$4.95 | $150.50 |
| | Statement Period as of 10/24/2015 | | | |
| 10/23/2015 | Monthly Maintenance Fee | Fee | -$4.95 | $155.45 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

**** **** 0684

00-14-9036M 11-2010
NFL

Transaction Details Prepared for
**Andrew Migell**
Account Number
**XXXX-XXXXXX-51002**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| DEC22 2015 | FEDEX# 782021463003 MEMPHIS TN | KAI SUN | $43.00 |
| DEC24 2015* | 5% OPEN Savings at FedEx | KAI SUN | -$2.15 |
| DEC24 2015* | 5% Statement Credit or 2 additional MR | KAI SUN | -$0.27 |
| DEC24 2015* | 5% Statement Credit or 2 additional MR | KAI SUN | -$0.15 |
| DEC24 2015 | CUMBERLAND FARMS GULFRAMINGHAM MA | KAI SUN | $32.00 |
| DEC26 2015 | CUMBERLAND FARMS GULFRAMINGHAM MA | KAI SUN | $20.00 |
| DEC27 2015 | THE HOME DEPOT WALTHAM MA | KAI SUN | $28.74 |
| DEC28 2015* | 5% OPEN Savings at FedEx | KAI SUN | -$2.15 |
| DEC28 2015* | 5% Statement Credit or 2 additional MR | KAI SUN | -$0.44 |
| DEC28 2015 | FEDEX OFFICE FRAMINGHAM MA | KAI SUN | $2.35 |
| DEC29 2015 | CUMBERLAND FARMS GULFRAMINGHAM MA | KAI SUN | $30.00 |
| DEC29 2015 | FEDEX OFFICE FRAMINGHAM MA | KAI SUN | $1.66 |
| DEC31 2015* | 5% Statement Credit or 2 additional MR | KAI SUN | -$0.12 |
| DEC31 2015 | FEDEX OFFICE FRAMINGHAM MA | KAI SUN | $0.83 |

**1 - 14 of 14 Transactions**

| | |
|---|---|
| Payments | $0.00 |
| Pay In Full Charges | $158.58 |
| Pay Over Time Charges | $0.00 |
| Credits | -$5.28 |
| Total | **$153.30** |

Total of Charges and Credits, does not include Previous Balance or Payments

citibank

## Account Details

**Citi® / AAdvantage® Platinum Select®-6893**

citi AAdvantage

Current Balance
$[redacted]

Available Revolving Credit:
$[redacted]

Minimum Amount
**Due Feb. 20, 2016** [redacted]

Last Statement Balance
Jan. 22, 2016 [redacted]

**Total Available Miles:**
[redacted]

## Transactions

Date Range | Dec. 22, 2015 | Dec. 31, 2015

Search up to 24 months of billing history.

**Show All** | **Pending** | **Purchases** | **Payments/Adj/ Credits** | **Fees/Interest** | Enter Keyword

| Date | Description | Amount |
|---|---|---|
| Dec. 30, 2015 | BEST BUY MHT 00005322 FRAMINGHAM MA | ($ 42.49) |
| Dec. 29, 2015 | PEOPLE'S TRUST INSUR C BOCA RATON FL | $ 230.00 |
| Dec. 28, 2015 | CITY OF ORMOND BEACH 03866763268 FL | $ 134.47 |
| Dec. 28, 2015 | SECURITY FIRST INS COM 08779003974 FL | $ 258.29 |
| Dec. 26, 2015 | EA *ORIGIN.COM help.ea.com CA | $ 9.99 |
| Dec. 24, 2015 | BEST BUY MHT 00005322 FRAMINGHAM MA | $ 42.49 |
| Dec. 24, 2015 | WAL-MART #2902 FRAMINGHAM MA | $ 46.56 |
| Dec. 24, 2015 | TOYS R US #7505 QPS FRAMINGHAM MA | $ 47.28 |

**End Of Activity For This Search/Filter**

100061
中国北京市东城区
夕照寺街 14 号富瑞苑公寓
11A
孙凯 女士

温馨提示：
您的卡号为40967077****3487
的信用卡最晚还款日是2016-01-26,
请勿错过您的还款期限，本期需要
还款的总金额为美元[redacted]元。

## 账户信息

| | | | | |
|---|---|---|---|---|
| 到期还款日 | 2016/01/26 | 本期应还款额 | 人民币 | 0.00 & 美元[redacted] |
| 账单日期 | 2016/01/06 | 本期最低还款额 | 人民币 | 0.00 & 美元 [redacted] |
| 信用额度 | 人民币[redacted] / 美元[redacted] | 预借现金额度 | 人民币[redacted] / 美元[redacted] | |

| 本期存款/欠款余额 | 上期存款/欠款余额 | 本期支出金额 | 本期存入金额 |
|---|---|---|---|
| 存款 人民币[redacted] | 存款 人民币[redacted] | 人民币[redacted] | 人民币 [redacted] |
| 欠款 美元 [redacted] | 欠款 美元 [redacted] | 美元 [redacted] | 美元 [redacted] |

| 您的期末积分余额 | 755036分 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 20151226 | 20151226 | 3487 | 外币账单自动购汇全额还款 [USD2,303.84] | 2,303.84 | |
| 20151227 | 20151230 | 3487 | DELTA AIR 0062330327984/BRUSSELS /BEL [USD183.60] | | 183.60 |
| 20151227 | 20151230 | 3487 | DELTA AIR 0062330327985/BRUSSELS /BEL [USD183.60] | | 183.60 |
| 20160102 | 20160104 | 3487 | BJ WHOLESALE #0047 /FRAMINGHAM /USA [USD174.46] | | 174.46 |

参考汇率：6.5696（仅供购汇还款时参考，实际汇率以还款日牌价为准）

## 积分信息

| 序号 | 上月积分余额 | 本期累计积分 | 本期赢取积分 | 本期兑换积分 | 本期积分余额 | 到期日 |
|---|---|---|---|---|---|---|
| 1 | 30000 | 0 | 0 | 0 | 30000 | 长期有效 |
| 2 | 719608 | 5428 | 0 | 0 | 725036 | 长期有效 |
| 总计 | 749608 | 5428 | 0 | 0 | 755036 | |

----对账单信息----

★ **2012 年 1 月 1 日起，我行对白金信用卡机场贵宾厅服务进行调整，调整后该服务内容不包括中国银行冠名机场贵宾厅服务。详情请查询我行官网产品服务指南。

★ ** 温馨提示，自 2011 年 7 月 1 日起，积分兑换航空里程每位客户每天仅限兑换一笔，兑换前请登录 WWW.BOC.CN 网站"中银积分 365"详询相关规则。点滴积分累计，成就幸福生活！

★ 6 月 1 日至 2015 年 2 月 28 日持中国银行信用卡在境外刷卡消费，单张卡片通过同一卡组织清算网络消费满 8 笔且每笔满等值 1000 元人民币，可获 5% 现金返还，每卡每月每个卡组织最高奖励 600 元人民币。不限名额

"缤纷生活"帮您搜索全国各地中行优惠商户，轻松一触，信息尽览，让任何优惠都不会漏过，轻松享受属于中行卡粉的