United States Bankruptcy Court
Middle District of Florida

In re: Andrew Bruce Migell
Debtor

Case No. 15-10569-KSJ
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: lscott Page 1 of 2 Date Rcvd: Mar 17, 2016
Form ID: Dosnfp Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2016.

```
db             +Andrew Bruce Migell,   11 Timucuan Drive,   Ormond Beach, FL 32174-2695
aty            +Robert J O'Regan,   Burns & Levinson LLP,   125 Summer Street,   Boston, MA 02110-1624
cr             +Alice E Migell,   Robert J O'Regan, Conservator & Guardian,   Burns & Levinson LLP,
                 125 Summer Street,   Boston, MA 02110-1624
cr             +Bank of America, N.A.,   MARINOSCI LAW GROUP, P.C.,   c/o Connie J. Delisser, Esq.,
                 100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
cr             +Ditech Financial LLC,   c/o Shapiro, Fishman & Gache, LLP,   4630 Woodland Corporate Blvd,
                 Suite 100,   Tampa, FL 33614-2429
25994039       +Alice E Migell,   Guardian and Conservator,   Robert J O'Regan,   125 Summer Street,
                 Boston MA 02110-1616
26009373       +American Express Business,   PO Box 1270,   Newark, NJ 07101-1270
26009340       +Bank of America,   PO Box 941000,   Simi Valley, CA 93094-1000
25989929       +Burns & Levinson, LLP,   125 Summer Street,   Boston, MA 02110-1624
26060944       +Charles Stout,   2910 N Halifax Ave,   Daytona Beach, FL 32118-3111
26009341       +Chase Bank,   PO Box 183166,   Columbus, OH 43218-3166
26009344       +Chase Bank,   PO Box 78035,   Phoenix, AZ 85062-8035
26009345       +Chase Bank NA,   PO Box 24738,   West Palm Beach, FL 33416-4738
26009369       +City of Waltham,   610 Main Street,   Waltham, MA 02452-5580
26009343       +Direch Loan Servicing Co.,   PO Box 6154,   Rapid City, SD 57709-6154
26004853       +Ditech Financial LLC,   c/o Kevin L. Hing,   Shapiro, Fishman & Gache, LLP,
                 4630 Woodland Corporate Blvd. Suite 100,   Tampa, FL 33614-2429
25989925        Florida Department of Revenue,   Bankruptcy Unit,   Post Office Box 6668,
                 Tallahassee FL 32314-6668
26060943      #+George Corbin,   234 Morningside Ave,   Daytona Beach, FL 32118-3318
26001206       +Guardian/Conservator for Alice E Migell,   Robert J O'Regan,   Burns & Levinson LLP,
                 125 Summer St,   Boston MA 02110-1624
26014198       +HMF FL E LLC,   PO BOX 54291,   NEW ORLEANS LA 70154-4291
25993889        HMF FL E LLC,,   RAI CUSTODIAN 774502,   PO BOX 54291,   NEW ORLEANS LA 70154-4291
26060945       +Harold Poole,   1153 Madison Ave,   Daytona Beach, FL 32114-1618
26060947       +Kai Sun,   215 Lakeshore Dr,   Wayland, MA 01778-4330
26060951       +Keith McGill,   103 Arlington St Apt. 1,   Watertown, MA 02472-2807
26009372       +Lowes Pro Credit Services,   PO Box 965804,   Orlando, FL 32896-0001
25989928       +MacLean Holloway Doherty, PC,   8 Essex Center Drive,   Peabody, MA 01960-2911
26060942       +Malinda Olivera,   5 Timucuan Drive,   Ormond Beach, FL 32174-2695
26060950       +Mariposa Trust,   13 Gale St,   Waltham, MA 02453-6001
26009374       +McLean Holloway Doherty, PC,   8 Essex Ctr. Drive,   Peabody, MA 01960-2911
26060946       +Michael DeRose Realty,   142 Galen St,   Watertown, MA 02472-4510
26060949       +Mockingbird NRT,   215 Lakeshore Dr,   Wayland, MA 01778-4330
26009342       +Ocwen Loan Servicing LLC,   PO Box 24738,   West Palm Beach, FL 33416-4738
25997698       +Robert J. O'Regan,   as guardian and conservator for,   Alice E. Migell,   125 Summer St,
                 Boston MA 02110-1616
26009376       +Sally Gaglini,   10 Milk St,   Boston, MA 02108-4600
26035510       +Sally R. Gaglini, Esq.,   c/o Peter N. Hill, Esq.,   1851 W. Colonial Drive,
                 Orlando, Florida 32804-7013
25989930       +Sally R. Galgini,   10 Milk Street,   Boston, MA 02108-4600
26060948       +The Rich Realty Trust,   20 Rich St,   Waltham, MA 02451-3607
26005395       +Thomas J. Flannagan,   MacLean Holloway Doherty, PC,   8 Essex Center Drive,
                 Peabody, MA 01960-2959
26009370       +Town of Candia,   74 High Street,   Candia, NH 03034-2741
26009371       +Town of Wayland,   41 Cochituate Road,   Wayland, MA 01778-2697
26009377       +Yizheng Gong,   d/b/a Boston City Travel Service,   10 Gloria Circle,
                 Burlington, MA 01803-2206
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/Text: revenuebankruptcy@volusia.org Mar 17 2016 22:52:27
                 Finance Department County of Volusia,   123 W Indiana Ave Rm 103,   Deland, FL 32720-4615
26009368       +E-mail/Text: revenuebankruptcy@volusia.org Mar 17 2016 22:52:27     County of Volusia,
                 123 West Indiana Ave,   Deland, FL 32720-4615
25993208        E-mail/Text: revenuebankruptcy@volusia.org Mar 17 2016 22:52:27
                 County of Volusia Finance Department,   123 W. Indiana Ave, Rm 103,   Deland FL 32720-4602
25989926        E-mail/Text: cio.bncmail@irs.gov Mar 17 2016 22:52:17     Internal Revenue Service,
                 Post Office Box 7346,   Philadelphia PA 19101-7346
25989924       +E-mail/Text: revenuebankruptcy@volusia.org Mar 17 2016 22:52:27
                 Volusia County Tax Collector,   123 West Indiana Avenue,   Room 103,   Deland FL 32720-4615
                                                                                    TOTAL: 5
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
op              Sally R. Gaglini
```

District/off: 113A-6 User: lscott Page 2 of 2 Date Rcvd: Mar 17, 2016
Form ID: Dosnfp Total Noticed: 46

26009375* +Burns & Levinson, LLP, 125 Summer St, Boston, MA 02110-1624

TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2016 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2016 at the address(es) listed below:

Connie J Delisser on behalf of Creditor Bank of America, N.A. cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
Kevin L Hing on behalf of Creditor Ditech Financial LLC khing@logs.com, Electronicbankruptcynotices@logs.com
Peter N Hill on behalf of Other Prof. Sally R. Gaglini peter@herronhilllaw.com, G32401@notify.cincompass.com;kimberly@herronhilllaw.com;caitlin@herronhilllaw.com;hillecfs@gmail.com
Robert J O'Regan on behalf of Creditor Alice E Migell roregan@burnslev.com
Timothy S Laffredi on behalf of U.S. Trustee United States Trustee - ORL timothy.s.laffredi@usdoj.gov
United States Trustee - ORL USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

**[Dosnfp]** [District Order Striking Name From Style Of Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Andrew Bruce Migell

Case No. 6:15−bk−10569−KSJ
Chapter 11

Debtor* /

***ORDER STRIKING NAME FROM STYLE OF PETITION***

THIS CASE came on for consideration, upon the Court's own motion. The Bankruptcy Code does not authorize joint petitions for more than one entity other than in the case of a debtor and spouse filing a joint case under Bankruptcy Code Section 302. The voluntary petition filed by the above Debtor improperly included the name(s) of Mockingbird Nominee Realty Trust . Accordingly, it is

***ORDERED:***

1. Mockingbird Nominee Realty Trust is stricken and removed from the style of the case.

2. The correct style of the above captioned case shall be amended to read as follows:
Andrew Bruce Migell .

3. The Clerk of the Court is directed to omit the "stricken" name(s) from the style of this case in any future notices to creditors or other parties in interest.

The Clerk's Office is directed to serve a copy of this order on interested parties

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.